## J. H. CARTER BUILDER v. PHELPS

No. 424P94

Case below: 115 N.C.App. 567

Petition by plaintiff for discretionary review pursuant to G.S. 7A-31 denied 2 November 1994.

## JONES v. KILLENS

No. 496P94

Case below: 115 N.C.App. 567

Motion for temporary stay allowed 11 October 1994 pending receipt and determination of the State's petition for discretionary review.

## LANE v. LANE

No. 346P94

Case below: 115 N.C.App. 446

Petition by plaintiff for discretionary review pursuant to G.S. 7A-31 denied 2 November 1994.

## LOCKERT v. LOCKERT

No. 476PA94

Case below: 116 N.C.App. 73

Petition by plaintiff for discretionary review pursuant to G.S. 7A-31 allowed 2 November 1994 as to plaintiff's issues only; defendant's motion to review other issues denied 2 November 1994. Petition by plaintiff for writ of supersedeas allowed 3 November 1994. Motion by plaintiff for temporary stay dismissed as moot 3 November 1994.

## MICKLES v. DUKE POWER CO.

No. 433PA94

Case below: 115 N.C.App. 624

Petition by defendant (Duke Power Company) for discretionary review pursuant to G.S. 7A-31 allowed 2 November 1994.